

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00144-CV

Katherine Elizabeth **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. 09-1797-CV
Honorable W.C. Kirkendall, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

We ORDER the costs of this appeal be assessed against the appellant, Katherine Elizabeth Williams.

SIGNED June 19, 2013.

_____
Luz Elena D. Chapa, Justice